Delano
- v -
Abbott Laboratories

CHARMIANE G. CLAXTON

11-2475