IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FREDERICK DELANO and FRANCES DELANO, | ) ) ) ) |
| Plaintiffs, | ) ) Case No. 2:11-cv-02475-SHM-cgc |
| vs. | ) ) ) |
| ABBOTT LABORATORIES, | ) ) ) |
| Defendant. | ) ) |

## SUPPLEMENTAL CERTIFICATE OF CONSULTATION

On October 26, 2011, Abbott Laboratories ("Abbott") filed an Unopposed Motion for Leave to Exceed Page Limit ("Motion to Exceed") (Doc. 30) with respect to its Reply in Support of its Motion for Summary Judgment. The Certificate of Consultation attached to the Motion to Exceed states that Plaintiffs' counsel did not object to the relief requested. In consulting with Plaintiffs' counsel in advance of filing the Motion to Exceed, counsel for Abbott represented that the Reply brief would exceed the page limit by five (5) pages. Counsel for Abbott and counsel for Plaintiffs did not specifically discuss whether that request included Abbott's response to Plaintiffs Statement of Undisputed Facts. Taken together, the Reply brief and the response to Plaintiffs Statement of Undisputed facts exceed the page limit by more than five (5) pages. It is still believed that Abbott's Motion to Exceed is unopposed, but, out of an abundance of caution, counsel for Abbott has emailed counsel to clarify the issue. Counsel for Plaintiffs is not expected to respond to that email, however, before the deadline to file Abbott's Reply in Support of its Motion for Summary Judgment. Upon receiving a response from Plaintiffs' counsel regarding the request for clarification, counsel will advise the Court accordingly.

/s/ Nolan M. Johnson
Nolan M. Johnson (Tn. Bar No. 26399)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
First Tennessee Bank Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
(901) 577-2303 (fax)
nmjohnson@bakerdonelson.com
*Counsel for Defendant Abbott Laboratories*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically this 26th day of October, 2011, and will, therefore, be served electronically upon:

Edmund J. Schmidt III, Esq.
LAW OFFICE OF EDDIE SCHMIDT
1720 West End Avenue
Suite 300
Nashville, TN 37203
(615) 425-7121
(615) 425-7110 (fax)
eddie@eschmidtlaw.com
*Counsel for Plaintiffs Frederick Delano and Frances Delano*

and that copies were served this same date by electronic mail upon the following:

Andy Vickery
Jim M. Purdue, Jr.
Fred H. Shepherd
PERDUE KIDD & VICKERY
1330 Post Oak Blvd., Suite 1800
Houston, TX 77056-3158
(713) 574-7393
(713) 520-2525 (fax)
andy@justiceseekers.com
jperduejr@perdueandkidd.com
fred@justiceseekers.com
*Of Counsel for Plaintiffs Frederick Delano and Frances Delano*

/s/ Nolan M. Johnson
Nolan M. Johnson