UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

                                                  Civil Action
                                                  No: <u>11-cv-2475-WGY</u>

DELANO et al
Plaintiff

v.

ABBOTT LABORATORIES
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

      After a ruling on September 28, 2012, this Court Orders that Plaintiffs' Amended Motion to Dismiss Without Prejudice is Allowed and the above entitled action be and hereby is Dismissed.

                                              Sarah A. Thornton
                                              Clerk


                                              By:  <u>/s/ Jennifer Gaudet</u>
                                                         Deputy Clerk

September 28, 2012

Notice mailed to counsel of record.