**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 19, 2014

Mr. Christopher Landau
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, DC 20005

Mr. Arnold Anderson Vickery
Law Office
P. O. Box 4340
Houston, TX 77210

Re: Case No. 12-6218, *Frederick Delano, et al v. Abbott Laboratories*
Originating Case No. : 2:11-cv-02475

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Karen S. Fultz
Case Manager
Direct Dial No. 513-564-7036

cc: Mr. Michael P. Foradas
    Mr. Thomas M. Gould
    Mr. Edmund J. Schmidt III
    Ms. Jill Menuskin Steinberg

Enclosure

No mandate to issue

Case No. 12-6218

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FREDERICK DELANO; FRANCES DELANO

    Plaintiffs - Appellees

v.

ABBOTT LABORATORIES

    Defendant - Appellant

BEFORE:  CLAY and ROGERS, Circuit Judges;  LUDINGTON, U.S. District Judge*

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is ORDERED that the stipulation is GRANTED and the appeal is dismissed.

                              **ENTERED BY ORDER OF THE COURT**
                              Deborah S. Hunt, Clerk

Issued: March 19, 2014

---

*The Honorable Thomas L. Ludington, United States District Judge for the Eastern District of Michigan, sitting by designation.